ADAM BREZINE (CA State Bar No. 220852)
*adam.brezine@hro.com*
LAURIE J. RUST (CA State Bar No. 264185)
*laurie.rust@hro.com*
HOLME ROBERTS & OWEN LLP
560 Mission St. 25th Floor
San Francisco, CA  94105
415-268-2000
415-268-1999 (fax)

Attorneys for Plaintiff
DJB, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DJB, Inc.**, a California corporation, | CASE NO. CV 10-3590 JCS |
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO TAKE FURTHER EXPEDITED DISCOVERY |
| v. | |
| **John Doe,** an individual citizen of the State of Arkansas, | |
| Defendant. | |

1    IT IS HEREBY ORDERED that Plaintiff's Supplement to Motion for Leave to Take Expedited Discovery is GRANTED.  Plaintiff may serve the subpoenas in the form attached as Exhibits B, C, D, and E to the Sealed Second Supplemental Declaration in Support of Motion for Leave to Take Expedited Discovery, with a return date of 5 business days after service.

Further, for good cause shown, given the sensitive nature of the information at issue, IT IS HEREBY ORDERED that the recipient of any Rule 45 subpoena must keep confidential the fact of the subpoena, the requests contained therein, and any information produced in response to the subpoenas, at least until such time as the Defendant has been identified, properly served, and appeared before this Court.  Plaintiff thereafter is ordered promptly to work with the Defendant and affected third parties to take steps to ensure the ongoing confidentiality of the trade secret information under the terms of an appropriate confidentiality protective order.

Dated:  September 17, 2010



_____
The Honorable Joseph C. Spero
United States Magistrate Judge

---

1

[Proposed] Order Granting Leave To Take Further Expedited Discovery
*DJB, Inc. v. John Doe*
Case No. CV 10-3590 JCS

#54196 v1 saf