

# Holme Roberts & Owen LLP
*Attorneys at Law*

SAN FRANCISCO

December 16, 2010

**BY E-FILING**

BOULDER

Honorable Joseph C. Spero
ATTN: Karen Hom, Courtroom Deputy
United States District Court
Northern District of California
San Francisco, CA

COLORADO SPRINGS

Re: Request for Telephonic Appearance 12/17/10, 10:30AM Case Status Conference, *DJB, Inc. v. John Doe*, Case No. CV-10-3590 JCS

DENVER

Dear Judge Spero:

I am writing to request permission to appear by telephone at the Status Conference scheduled for 12/17/10 at 10:30AM in this case. I will be reachable at my office land line phone, (415) 268-1988 to participate in the conference. I understand your Courtroom Deputy will call me sometime after 10:30AM.

DUBLIN

LONDON

Thank you in advance for considering this request.

Respectfully submitted,

LOS ANGELES

Adam Brezine

MUNICH

Dated: Dec. 16, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

PHOENIX

SALT LAKE CITY

Adam Brezine  415.268.1988  adam.brezine@hro.com
560 Mission Street, 25th Floor  San Francisco, California 94105-2994  *tel* 415.268.2000  *fax* 415.268.1999

#55937 v1 saf